UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C PHELPS,<br>          Plaintiff,<br>    v.<br>EAH HOUSING, et al.,<br>          Defendants. | Case No. 24-cv-01277-TLT<br><br>**ORDER TO ENTER DISMISSAL AND TERMINATE THE CASE**<br>Re: Dkt. No. 7 |

On March 4, 2024, the Court denied the Motion for Temporary Restraining Order without prejudice. The plaintiff was given 15 days to file an amended complaint as previously ordered in ECF No. 7.

The deadline was March 20, 2024.  To date, the Plaintiff has not filed an amended complaint.  The matter is dismissed with prejudice.  The Clerk of the Court is ordered to close the case and terminate the matter.

**IT IS SO ORDERED.**

Dated: April 1, 2024

TRINA L. THOMPSON
United States District Judge